HENRY H. BUTTERWORTH, as COLLECTOR, ETC., RESPONDENT, *v.* HENRY VOLKENING AND ANOTHER, APPELLANTS.

*Lease — Covenant of quiet enjoyment — liability of landlord under.*

Under a covenant of quiet enjoyment contained in a lease, the landlord is not liable for the expenses incurred by the tenant in defending a suit brought by a third person claiming an interest in the leasehold premises, which claim the court, in such suit, decides to be unfounded.*

APPEAL from a judgment, in favor of the plaintiff, entered upon the report of referee.

*Nelson Smith*, for the appellants.

*Edgar S. Van Winkle*, for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and BRADY, J., concurred.

Judgment affirmed.

* Kelly v. Dutch Church (2 Hill, 105, 111).